```
          IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                  FORT SMITH DIVISION
```

UNITED STATES OF AMERICA                                    PLAINTIFF

  vs.                    Cr. No. 2:02CR20056-002

CESAR SANCHEZ                                               DEFENDANT

                    ORDER FOR REMISSION OF FINE

   Now on this 6th day of October, 2010, comes on to be considered the United States' Petition for Remission of Fine (doc. 67). The Court, being well and sufficiently advised, finds and orders as follows with respect thereto:

   1. On May 6, 2003, Defendant was sentenced to fifty-seven months incarceration, five years supervised release with anticipated deportation, a $100.00 special assessment and a $2,500.00 fine.

   2. The United States moves to remit Defendant's fine pursuant to 18 U.S.C. § 3573, which provides:

   Upon petition of the Government showing that reasonable efforts to collect a fine...
   are not likely to be effective, the court may, in the interest of justice - -

   1) remit all or part of the unpaid portion of the fine or
   special assessment, including interest and penalties. This
   statute shall apply to all    fines and assessments,
   irrespective of the date of imposition."

   3. The United States states that the Defendant was deported on January 2, 2007, and that there is no reasonable likelihood that the fine can be collected.

4. Upon due consideration, the United States' Petition for Remission of Fine is hereby granted and Defendant's fine is remitted.

IT IS SO ORDERED.

/s/ Robert T. Dawson
HONORABLE ROBERT T. DAWSON
UNITED STATES DISTRICT JUDGE